UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **RICHARD BUONOPANE**, individually and on behalf of all others similarly situated, <br><br> **Plaintiff**, <br><br> vs. <br><br> **REPUBLIC SERVICES, INC.,** <br><br> **Defendant.** | § Docket No. 2:19-cv-00296-CRE <br> § <br> § <br> § <br> § <br> § **JURY TRIAL DEMANDED** <br> § <br> § **COLLECTIVE ACTION** <br> § **PURSUANT TO 29 U.S.C. § 216(b)/** <br> § **RULE 23 CLASS ACTION** <br> § |

**PLAINTIFF RICHARD BUONOPANE
MOTION FOR ADMISSION *PRO HAC VICE* OF TAYLOR A. JONES**

Taylor A. Jones hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Richard Buonopane pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Taylor A. Jones contact information is as follows:

Taylor A. Jones
Texas Bar No. 24107823
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
tjones@mybackwages.com

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Taylor A. Jones filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

Respectfully submitted,

*/s/ Andrew W. Dunlap*
Michael A. Josephson
PA Bar No. 308410
Andrew W. Dunlap
State Bar No. 24078444
Taylor A. Jones
State Bar No. 24107823
(*Pending Pro Hac Vice*)
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas State Bar No. 24001807
(*Pending Pro Hac Vice*)
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

Joshua P. Geist
PA. I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

                                                      /s/ *Andrew W. Dunlap*
                                                    Andrew W. Dunlap