IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| RICHARD BUONOPANE,<br>INDIVIDUALLY AND ON BEHALF OF<br>ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC EES, LLC,<br><br>Defendant, | 2:19-CV-00296-CRE |

## **ORDER**

AND NOW, this 18th day of October, 2019,

After the parties indicated that this case, which involves class claims under Federal Rule of Civil Procedure 23 and claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") has settled, it is HEREBY ORDERED as follows:

Plaintiffs' motion for preliminary approval of the class and collective action settlement, including notice and claim forms and the settlement agreement, is due by **November 29, 2019**. In the proposed order for the motion for preliminary approval, Plaintiff shall include dates by which the motion for final approval of class and collective actions settlement shall be filed. The court will thereafter schedule a fairness hearing and hearing for final approval of settlement.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge