IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| RICHARD BUONOPANE,<br>INDIVIDUALLY AND ON BEHALF OF<br>ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC EES, LLC,<br><br>Defendant. | 2:19-CV-00296-CRE |

## MEMORANDUM ORDER

On December 16, 2019, the parties submitted an unopposed motion for settlement approval (ECF No. 42). This case is a hybrid wage and hour action which includes federal claims pursuant to the Fair Labor Standards Act ("FLSA") and state law claims pursuant to the New Mexico Minimum Wage Act ("NMMWA"). The settlement agreement includes settlement of both federal and state law wage claims. Settlement procedures of state law wage claims fall under the purview of Federal Rule of Civil Procedure 23.

Accordingly, the following Order is entered:

IT IS HEREBY ORDERED that the motion for settlement approval (ECF No. 42) is DENIED without prejudice;

IT IS FURTHER ORDERED that Plaintiffs shall file a joint motion for preliminary approval of the FLSA and NMMWA settlement, including notice provisions; a joint motion for conditional certification of the FLSA class; and a preliminary Rule 23 certification of the state law class. Said motions are due by **January 13, 2020**. After the court grants preliminary approval of the settlement, the parties shall issue notice to the class members regarding settlement. After the notice period is complete, the court will schedule a time for final motions for approval of the

1

settlement.  The fairness hearing required by Rule 23 is scheduled for **March 17, 2020 at 9:30 AM** and the court will consider whether to approve the FLSA component of the settlement at that hearing.

Dated: January 2, 2020

                                    BY THE COURT:

                                    s/Cynthia Reed Eddy
                                    Chief United States Magistrate Judge